Samir F. Aarab
BOLAND AARAB PLLP
11 Fifth Street N, Suite 207
Great Falls, MT 59401
Telephone: (406) 315-3737
sfaarab@bolandaarab.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Cause No.  CR 23-07-BLG-SPW |
| vs. | **UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA** |
| KYLE RICHARD LEWELLEN, | |
| Defendant. | |

The Defendant, Kyle Richard Lewellen, by and through his Counsel of record, Samir F. Aarab, respectfully moves this Court for a continuance of his change of plea hearing.  The grounds for this motion are that counsel has a scheduling conflict with the current setting. The conflict is with *United States v. Kurns*, Cause No. CR-23-01-H-BMM, that is currently set for sentencing in front of Judge Morris in Great Falls on Tuesday November 14, in the afternoon.  Counsel respectfully requests, insofar as it is possible, that a change of plea be set in the

1

afternoon of Wednesday November 15, or on Thursday November 16, 2023. Counsel for the United States, Thomas Godfrey, has been contacted and did not object to this motion.

Respectfully submitted November 10, 2023.

By: /s/ *Samir F. Aarab*
Samir F. Aarab
BOLAND AARAB PLLP
Attorney for Defendant

# CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2023, a copy of the foregoing document was served on the following persons by the following means:

<u>1,2</u>   CM-ECF
<u>     </u>Hand Delivery
<u>3    </u>Mail
<u>     </u>Overnight Delivery Service
<u>     </u>Fax
<u>     </u>E-mail

1. Clerk, United States District Court

2. Thomas Godfrey
   2601 2nd Avenue North
   Suite 3200
   Billings, MT 59101
   Attorney for Defendant

3. Kyle Richard Lewellen
   Plaintiff

                                                    By:   <u>/s/ *Samir F. Aarab*</u>
                                                              Samir F. Aarab
                                                               BOLAND AARAB PLLP
                                                               Attorney for Defendant