IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KYLE RICHARD LEWELLEN, Defendant. | Cause No.  CR 23-07-BLG-SPW<br><br>**ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

The Defendant, Kyle Richard Lewellen, through his attorney, moved this Court to continue the change of plea hearing in the above-captioned case. For good cause appearing, and there being no objection from the Government;

IT IS HEREBY ORDERED that the change of plea hearing currently set for Tuesday, the 14th day of November, 2023 at 2:00 p.m. is hereby CONTINUED and reset for _____, the ____ day of _____, 202___ at ___ o'clock __. m., before the Hon. _____.

DATED this_____day of November, 2023.

_____
Hon. Susan Watters
U.S. District Court Judge

1