IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE RICHARD LEWELLEN,<br><br>Defendant. | CR 23-07-BLG-SPW-TJC<br><br>**ORDER CONTINUING CHANGE OF PLEA HEARING** |

Defendant has filed an unopposed motion requesting the change of plea hearing be continued. (Doc. 37.) Good cause appearing, IT IS HEREBY ORDERED that the change of plea hearing currently set for November 14, 2023, at 2:00 p.m. shall be vacated and rescheduled for **November 16, 2023, at 2:00 p.m.,** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 13th day of November, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge